## Case No. 4,611.

### FAIRCHILD v. SHIVERS.

[4 Wash. C. C. 443.] [3]

Circuit Court, E. D. Pennsylvania. April Term, 1824.

J. R. Ingersoll, for plaintiff.
Mr. Broome, for defendant.

PER CURIAM. The judgment upon which this action is brought having been rendered in the state of New York, upon a contract entered into subsequent to the insolvent law of that state, under which the defendant was regularly discharged, the rule to discharge the defendant on common bail must be made absolute.